# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK MCKEAN,** *et al.,* ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION: 1:22-00289-KD-N** |
| **CITY OF MOBILE,** ) | |
|     **Defendant.** ) | |

## **JUDGMENT**

In accordance with the Order issued this date (Doc. 38), it is **ORDERED**, **ADJUDGED**, and **DECREED** that the FLSA settlement (as amended) is **APPROVED** (as detailed therein), and that this action is **DISMISSED with prejudice.**

    **DONE** and **ORDERED** this the **4th** day of **August 2023.**

                                     /s/ Kristi K. DuBose
                                     **KRISTI K. DuBOSE**
                                     **UNITED STATES DISTRICT JUDGE**